

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00100-CV

**IN THE INTEREST OF V.L.M.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02374
Honorable Barbara Hanson Nellermoe, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED July 25, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Rosie Alvarado is the presiding judge of the 438th Civil District Court, Bexar County, Texas. The Honorable Barbara Hanson Nellermoe, retired, was sitting by assignment and signed the order that is the subject of this appeal.